

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-21-00009-CV

Ernest **BUSTOS**,
Appellant

v.

**ENCINO PARK HOMEOWNERS ASSOCIATION**
and Spectrum Association Management LP,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant's motion for en banc reconsideration is DENIED. *See* TEX. R. APP. P. 49.5.

It is so **ORDERED** November 2, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT